**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRIS ROBERTA DOZIER,

                           Plaintiff,                        22 **CIVIL** 3158 (JLC)

       -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 1, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. including the opportunity for a new hearing and a new decision.

**Dated:** New York, New York
        March 1, 2023

                                    **RUBY J. KRAJICK**

                                  _____
                                      **Clerk of Court**

**BY:**                              _____
                                      **Deputy Clerk**